**Demetrios S. TOULOUMES Connie A. Touloumes and 31 S. Baltimore, Inc d/b/s Holly Inn, Petitioners**

v.

**E.S.C. INCORPORATED, Respondent.**

Supreme Court of Pennsylvania.

March 10, 2004.

### ORDER

PER CURIAM:

AND NOW, this 10th day of March, 2004, we hereby **GRANT** the Petition for Allowance of Appeal limited to the following issue:

Whether delay damages pursuant to Pennsylvania Rule of Civil Procedure 238 are available in a breach of contract action where the damages sought are measurable by actual property damage.

■

**CITY OF PHILADELPHIA, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (HENKEL), Respondent.**

Supreme Court of Pennsylvania.

March 11, 2004.

### ORDER

PER CURIAM:

AND NOW, this 11th day of March, 2004, the Petition for Allowance of Appeal is hereby granted, and the case is remanded to the Commonwealth Court for consideration of this Court's decision in *City of Philadelphia v. WCAB (Szparagowski)*, 574 Pa. 372, 831 A.2d 577 (2003).